ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT

2007 JUN 14 P 1: 15

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| EVERETT TOBIAS WILCOX, | ) | |
| Appellant, | ) | |
| vs. | ) | CIVIL ACTION NO.: CV506-113 |
| M. ELAINA MASSEY, | ) | |
| Appellee. | ) | |

## ORDER

After an independent review of the record, the Court concurs with the Bankruptcy Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Bankruptcy Judge is adopted as the opinion of the Court.

The Debtor's Application to Proceed *in forma pauperis* on appeal is **DENIED**.

**SO ORDERED**, this 14 day of June, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)